**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Marlon Joe TRAMBLE, a.k.a. Marlon
Joe Gosby–Tramble, Defendant—
Appellant.**

No. 11–30077.

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 17, 2012.*

Filed Jan. 19, 2012.

Helen J. Brunner, Esquire, Assistant U.S., Ye–Ting Woo, Assistant U.S., Office of the U.S. Attorney, Seattle, WA, for Plaintiff–Appellee.

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Suzanne Lee Elliott, Esquire, Law Offices of Suzanne Lee Elliott, Seattle, WA, for Defendant–Appellant.

Before: LEAVY, TALLMAN, and CALLAHAN, Circuit Judges.

MEMORANDUM **

Marlon Joe Tramble appeals from his guilty-plea conviction and 120-month sentence imposed for transportation for purposes of prostitution through coercion and enticement, in violation of 18 U.S.C. § 2422(a). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Tramble's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Tramble the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief as to Tramble's conviction. We dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED**.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

The conviction is **AFFIRMED,** and the appeal of the sentence is **DISMISSED.**